UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | CASE NO: 15-14696 |
| | ) | |
| **JAMES P. KEANE** | ) | |
| | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| **DEBTOR.** | ) | Chapter 7 |
| | ) | |
| | ) | **NOTICE OF HEARING** |
| | ) | |

**NOTICE**

A hearing is scheduled on Debtor's Motion to Avoid Lien of Kevin McGinty at the United States Bankruptcy Court, 201 Superior Ave., Cleveland, Ohio 44114, on the **22nd day of December, 2015, at 10:00 a.m.**, in Courtroom 1-A, before the Honorable Arthur I. Harris, to consider any <u>written objection</u> to such Motion which is <u>filed and served</u> no later than **seven (7) calender days preceding** this date scheduled for such **hearing.** If no objection to this motion is <u>filed and served</u> within such time, the motion may be granted without hearing. The hearing may be adjourned by the Court from time to time without further notice.

1

/S/ Fred P. Lenhardt
Fred P. Lenhardt #0062668
Attorney for Debtors
5001 Mayfield Rd.
Suite 115-8
Cleveland, OH 44124
(216) 406-3544
fred@fredlenhardt.net

CERTIFICATE OF SERVICE

I certify that on November 4, 2015, a true and correct copy of Debtors' Notice of Hearing for Motion to Avoid Lien was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Waldemar Wojcik trustee    wwojick@wojciklpa.com

United States Trustee      (Registered address)@usdoj.gov

And by CERTIFIED MAIL to:

Kevin McGinty
21745 Aberdeen Rd.
Rocky River, OH 44116

/s/Fred P. Lenhardt
5001 Mayfield Rd., Ste. 115
Cleveland, OH 44124
(216)406-3544
fred@fredlenhardt.net

2